**Motion Granted; Order filed November 10, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00473-CV
_____

**PRIORITY ARTIFICIAL LIFT SERVICES, LLC AND EP ENERGY E&P COMPANY, L.P., Appellants**

**V.**

**MICHAEL CHILES, Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-13626**

---

## ORDER

The parties have filed an agreed motion to enter a briefing schedule. The motion is GRANTED. We order:

- The opening brief of Priority Artificial Lift Services is due November 30, 2022, with a word limit of 15,000;

- The opening brief of EP Energy E&P Company is due November 30, 2022, with a word limit of 15,000;

- Chiles' response to Priority Artificial Lift Services and cross-appellant

brief is due December 30, 2022, with a word limit of 18,000;

- Chiles' response to EP Energy E&P and cross-appellant brief is due December 30, 2022, with a word limit of 18,000;

- Priority Artificial Lift Services' combined reply brief and response to cross-points is due January 19, 2023, with a word limit of 10,500;

- EP Energy E&P Company's combined reply brief and response to cross-points is due January 19, 2023, with a word limit of 10,500;

- Chiles' reply brief against Priority Artificial Lift Services is due February 8, 2023, with a word limit of 3,000; and

- Chiles' reply brief against EP Energy E&P Company is due February 8, 2023, with a word limit of 3,000.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Wilson.